Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
DONITA TARLETON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONITA TARLETON | Case No.: 2:16-cv-02516-AC |
| Plaintiff, | |
| v. | |PROPOSED| ORDER EXTENDING BRIEFING SCHEDULE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security[1]. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 24, 2017, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the February 7, 2017 Case Management Order shall be extended accordingly.  IT IS SO ORDERED.

DATE:  March 24, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration.  See https://www.ssa.gov/agency/commissioner.html (last visited by the court on March 24, 2017).  She is therefore substituted as the defendant in this action.  See 42 U.S.C. § 405(g); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").