Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DONITA TARLETON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONITA TARLETON | Case No.: 2:16-cv-02516-AC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (SECOND REQUEST) |
| Defendant. | |

Plaintiff Donita Tarleton and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from April 24, 2017 to May 24, 2017 for Plaintiff to file a motion for summary judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's secondrequest for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel's workload has been impacted due to the loss of an

-1-

attorney last July and both replacements not working out. Counsel's firm has since hired two new attorneys who will relieve the case load but not yet. Hence, counsel's case load has been fragile for a while and on Saturday, April 15, 2017, counsel was injured in an auto accident, not seriously, but causing her to miss work a few days and be unable to complete certain tasks; this motion being one of the tasks. Counsel will not request further extension and respectfully requests this extension in good faith.

DATE: April 24, 2017     Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley

Attorney for plaintiff Ms. Donita Tarleton

DATE: April 24, 2017     PHILLIP A. TALBERT
*United States Attorney*

BY: /s/ *Jennifer A. Kenney*
_____
Jennifer A. Kenney
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

    IT IS SO ORDERED.

DATED: April 25, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE