Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
DONITA TARLETON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONITA TARLETON<br><br>　　　　Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 2:16-cv-02516-AC<br><br>|~~PROPOSED~~| ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 23, 2017, in which to file Plaintiff's Motion for Summary Judgment or other motion or substitution; and that all other deadlines set forth in the October 24, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATE: May 31, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE