UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONITA TARLETON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:16-cv-02516 AC<br><br><br>ORDER |

This matter is before the court on plaintiff's counsel's motion to withdraw as the attorney of record for plaintiff Donita Tarleton. ECF No. 19. This matter is set for hearing to allow plaintiff an opportunity to be heard on this matter, and to determine whether withdrawal is appropriate at this juncture. The court orders as follows:

(1) This matter is set for hearing on July 26, 2017 at 10:00 a.m. in Courtroom 26, 8th Floor.

(2) Plaintiff Donita Tarleton is directed to personally appear to be heard on the matter of counsel's intended withdrawal. If plaintiff wishes to appear telephonically, she is directed to contact Courtroom Deputy Valerie Callen at (916) 930-4199. Plaintiff's failure to appear or respond to this order will be construed as non-opposition to counsel's withdrawal;

////

1

(3) Plaintiff's counsel Denise Bourgeois Haley is directed to appear at the hearing telephonically; and

(4) Prior to the final adjudication of this motion, plaintiff's counsel must take whatever actions she deems necessary in light of pending deadlines.

DATED: June 22, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE