UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONITA TARLETON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:16-cv-02516 AC PS<br><br><br>ORDER |

　　　　Plaintiff, who has been granted *in forma pauperis* status, is proceeding in this social security action pro se following the withdrawal of her counsel. ECF Nos. 2, 24. On July 27, 2017, the court gave plaintiff 60 days to file a motion for summary judgment. ECF No. 24. The court warned plaintiff that failure to comply may result in sanctions, including potential dismissal of this action or entry of default. ECF No. 24. Plaintiff did not file her motion.

　　　　Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In light of plaintiff's new pro se status, the court will grant her an additional 14 days to file her motion for summary judgment. Failure to file a motion will result in dismissal of this case for failure to prosecute.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than October 25, 2017, why this action should not be dismissed for failure to prosecute;

2. Plaintiff's filing of a motion for summary judgment will result in discharge of this Order to Show Cause; and

3. If plaintiff fails to comply with this order, her case will be dismissed.

DATED: October 10, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE