1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DONITA TARLETON,                        No.  2:16-cv-02516 AC PS

12              Plaintiff,

13        v.                                 ORDER

14   NANCY A. BERRYHILL, Acting
     Commissioner of Social Security,
15
                Defendant.
16

17

18        Plaintiff, who has been granted *in forma pauperis* status, is proceeding pro se in this social

19   security action following the withdrawal of her counsel.  ECF Nos. 2, 24.  Plaintiff and defendant

20   have each consented to the jurisdiction of the undersigned.  ECF Nos. 7 and 8.

21        On July 27, 2017, the court granted plaintiff 60 days to file a motion for summary

22   judgment.  ECF No. 24.  The court warned plaintiff that failure to comply may result in sanctions,

23   including potential dismissal of this action or entry of default.  ECF No. 24.  Plaintiff did not file

24   her motion.  On October 11, 2017, the court gave plaintiff an additional 14 days to file her motion

25   for summary judgment, and cautioned plaintiff that failure to file a motion would result in the

26   dismissal of her case.  ECF No. 25.

27        Local Rule 110 provides that failure to comply with court orders or the Local Rules "may

28   be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

inherent power of the Court." In light of plaintiff's failure to prosecute this action and to comply with the court's orders, the sanction of dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice for failure to prosecute.

DATED: October 26, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE